472 A.2d 472

James O. JOHNSON

v.

STATE of Maryland.

No. 14, Sept. Term, 1984.

Court of Appeals of Maryland.

March 15, 1984.

Submitted to MURPHY, C.J., and SMITH, ELDRIDGE, COLE, DAVIDSON, RODOWSKY and COUCH, JJ.

PER CURIAM.

### ORDER

It is this 15th day of March, 1984

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby, affirmed with costs. *See State v. Frazier,* 298 Md. 422, 470 A.2d 1269 (1984).

DAVIDSON, J., would reverse for the reasons set forth in her dissenting opinion in *State v. Frazier,* 298 Md. 422, 464, 470 A.2d 1269, 1291 (1984).